UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNIMARS SHIPPING COMPANY LTD.,

                    Plaintiff,

-v-

                    STATEMENT PURSUANT
                    TO F.R.C.P 7.1

PACANA GROUP CORP.,

                    Defendant.
------------------------------------------------------------------x



      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, UNIMARS SHIPPING COMPANY LTD., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       May 14, 2008

                                    CHALOS, O'CONNOR & DUFFY, L.L.P.
                                    Attorneys for Plaintiff
                                    UNIMARS SHIPPING COMPANY LTD.

               By:      _____
                                    George M. Chalos (GC-8693)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel: (516) 767-3600
                                    Fax: (516) 767-3605
                                    Email: gmc@codus-law.com