CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNIMARS SHIPPING COMPANY LTD.,           :
                                         :
                                         :
               Plaintiff,                :    08-CV-4515
                                         :
          v.                             :    **NOTICE OF**
                                         :    **APPEARANCE**
PACANA GROUP CORP.                       :
                                         :
                                         :
               Defendant.                :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
　　　　June 9, 2008

　　　　　　　　　　　　　　　　　　　CLARK, ATCHESON & REISERT
　　　　　　　　　　　　　　　　　　　Attorneys for Garnishee
　　　　　　　　　　　　　　　　　　　Societe Generale New York Branch

　　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　　Richard J. Reisert (RR-7118)
　　　　　　　　　　　　　　　　　　　7800 River Road
　　　　　　　　　　　　　　　　　　　North Bergen, NJ 07047
　　　　　　　　　　　　　　　　　　　Tel: (201) 537-1200
　　　　　　　　　　　　　　　　　　　Fax: (201) 537-1201
　　　　　　　　　　　　　　　　　　　Email: reisert@navlaw.com