UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
**UNIMARS SHIPPING COMPANY LTD.,**          08 CV 4515 (LAK)
      *Plaintiff*,

v.

**PACANA GROUP CORP.,**

      *Defendant*.
-------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, UNIMARS SHIPPING COMPANY LTD, formerly a Member of the firm, Chalos, O∅Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

    Chalos & Co, P.C.
    123 South Street
    Oyster Bay, NY 11771
    Tel: + 1 516 714 4300
    Fax: +1 866 702 4577
    Email: gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York  Respectfully submitted,
   June 19, 2008

            s/George M. Chalos
            CHALOS & CO, P.C.
            123 South Street
            Oyster Bay, NY 11771
            Ph: 516-714 4300
            Fax: 866-702-4577
            Email: gmc@chaloslaw.com