UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNIMARS SHIPPING COMPANY LTD.

               Plaintiff,

               08-cv-4515 (LAK)

  v.

PACANA GROUP CORP.

               Defendant(s),
-------------------------------------------------------------X

              **AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**   )
                           ) ss.:
**COUNTY OF NASSAU**   )

Janet Dolias, being duly sworn, deposes and says:

1. That she is an employee of CHALOS & CO. P.C., attorneys herein.

2. That deponent is not a party to the action or proceeding, is over eighteen (18) years of age, and resides in Manhasset, New York.

3. On the 20th day of June, 2008, deponent served the within ORDER RE: SCHEDULING AND INITIAL PRETRIAL CONFERENCE, SUMMONS AND VERIFIED COMPLAINT upon PACANA GROUP, INC., defendant in this action, at the below listed addresses, designated by Pacana Group, Inc. for that purpose, by depositing a true copy of the same by mail, enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Post Office.

Pacana Group Corp
Sucre, Aria & Reyes
48th Street
Bella Vista, Sucre Building
P.O. Box 0816.01832 zone 5, Panama
Republic of Panama

Pacana Group Corp.
Avenue Adm. Lunin 15
Mariupol
Ukraine

_____
Janet Dolias

Subscribed and sworn to before
me this 20th day of June, 2008

_____
Notary Public

GEORGE M. CHALOS
Notary Public, State of New York
No. 02CH6015898
Qualified in Nassau County
Commission Expires Nov. 9, 20__